## IN THE CHANCERY COURT FOR BLOUNT COUNTY, TENNESSEE

TOM ARNETTE, and wife, CHRIS ARNETTE;  )
CLARA BELL; JERRY BIRDWELL, and wife, DANA  )
BIRDWELL; JAMES BORDEN, and wife,  )
PHYLLIS BORDEN; LARRY BUTLER, and wife,  )
ERIN BUTLER; DAVID CAMPBELL,  )
and wife, MARGARET CAMPBELL; TOM  )
CARPENTER, and wife, EVA CARPENTER; MICHAEL  )
COLEY, and wife, MICHELLE COLEY;  )
JAMES CORNETT, and wife, BETTY  )
CORNETT; JAMES COULTER, and wife, JANE  )
COULTER; SAM CRAWFORD, JR., and wife,  )
ANN CRAWFORD; RICHARD DAVIS, and  )
wife, MELINDA DAVIS; GEORGE DEBABY and wife,  )
DAWN DEBABY; JACK DENNIS, and wife, TIFFANY  )
DENNIS; RICHARD FINNEY, and wife, MAROLYN  )
FINNEY; MICHAEL GALLAGHER, and wife, JANET  )
GALLAGHER; TERRY W. GILLINGHAM, and wife,  )
GILLINGHAM; CHARLES HARMON, and wife,  )
WANDA HARMON; JANICE HAZELWOOD; JASON  )
HINES, and wife, LEAH HINES; KENNETH HINES, and  )
wife, CATHY HINES; DALE HUDDLESTON, and wife,  )
CLAUDIA HUDDLESTON; ARTHUR KREUTZBERG, and  )
wife, ANNE  KREUTZBERG; DONALD LASLEY, and wife, )
DOROTHY LASLEY; PAUL LEE, and wife,  )
VICKIE LEE; MIKE LLOYD, and wife, KAY  )
LLOYD; JOE MCMURRY; CURTIS MOORE, JR.,  )
and wife, GENEVIEVE MOORE; JOHN MORTON,  )
and wife, JUDY MORTON; DANIEL NORMAN, and wife,  )
ANN LOUISE NORMAN; JACK PIEPENBRING, and  )
wife, BARBARA PIEPENBRING; OTHA REAGAN, and  )
wife, BRENDA REAGAN; JOHN ROBERTS, and  )
wife, DEBBIE ROBERTS; DOUG ROEBER, and wife,  )
DARLA ROEBER; JOHN SHARP, and wife, WHITNEY  )
SHARP; STEVE SHIELDS, and wife, MARTHA SHIELDS;  )
OSCAR SIMPSON, JR., and wife, JANE SIMPSON;  )
HOWARD SMITH, and wife, PATRICIA SMITH;  )
ROY SMITH, and wife, KAROL SMITH; ALAN  )
SMUCKLER, and wife, KAREN SMUCKLER; ROBERT  )
SPARKS, and wife, JUDY SPARKS; ROBERT  )
SPONEYBARGER, and wife, EDITH SPONEYBARGER;  )
BERNARD STARNER, and wife, DORIS STARNER;  )
ROY STEPHENSON, and wife, MARIE STEPHENSON;  )
TOMMY STINNETT, and wife, PATRICIA STINNETT;  )
BETTY THOMASON; HANK WILLIAMS, and wife,  )

No.: 09-058
JURY DEMANDED


FILED
APR - 3 2009
BRENDA FLOWERS
CLERK & MASTER


EXHIBIT 1

kwiktag  070 315 394

MARILYN WILLIAMS; RAYMOND WILLIAMSON, )
and wife, PEGGY WILLIAMSON )
                                                                                  )
    Plaintiffs, )
                                                                                  )
vs. )
                                                                                  )
VULCAN MATERIALS COMPANY INC. )
                                                                                  )
    Defendant. )

## COMPLAINT

Come the Plaintiffs, by and through counsel, and sue the Defendant Vulcan Materials Company (hereinafter referred to as "Vulcan") for damages and for cause of action would state as follows:

### I. PARTIES

1. Plaintiffs are citizens and residents of Blount County, Tennessee and all reside within a two mile radius of the quarry operated by Vulcan at 2201 Duncan Road, Maryville, Tennessee 37803.

2. The names and addresses of the Plaintiffs are as follows:

**Tom Arnette** and wife, **Chris Arnette**, are citizens and residents of Blount County, Tennessee, and reside at 209 Goddard Avenue, Maryville, Tennessee 37803.

**Clara Bell**, is a citizen and resident of Blount County, Tennessee, and resides at 2048 Duncan Road, Maryville, Tennessee 37803.

**Jerry Birdwell** and wife, **Dana Birdwell**, are citizens and residents of Blount County, Tennessee, and reside at 2206 Chesterfield Drive, Maryville, Tennessee 37803.

2

**James Borden** and wife, **Phyllis Borden**, are citizens and residents of Blount County, Tennessee, and reside at 914 Montvale Road, Maryville, Tennessee 37803.

**Larry Butler** and wife, **Erin butler**, are citizens and residents of Blount County, Tennessee, and reside at 2141 Chesterfield Drive, Maryville, Tennessee 37803.

**David Campbell** and wife, **Margaret Campbell**, are citizens and residents of Blount County, Tennessee, and reside at 1940 Farris Road, Maryville, Tennessee 37803.

**Tom Carpenter** and wife, **Eva Carpenter**, are citizens and residents of Blount County, Tennessee, and reside at 1907 Yorkshire Court, Maryville, Tennessee.

**Michael Coley** and wife, **Michelle Coley**, are citizens and residents of Blount County, Tennessee, and reside at 2102 Wakefield Circle, Maryville, Tennessee 37803.

**James Cornett** and wife, **Betty Cornett**, are citizens and residents of Blount County, Tennessee, and reside at 1807 Court Street, Maryville, Tennessee 37803.

**James Coulter** and wife, **Jane Coulter**, are citizens and residents of Blount County, Tennessee, and reside at 808 North Briarcliff Circle, Maryville, Tennessee 37803.

**Sam Crawford, Jr.** and wife, **Ann Crawford**, are citizens and residents of Blount County, Tennessee, and reside at 106 Duncan Drive, Maryville, Tennessee 37803.

**Richard Davis** and wife, **Melissa Davis**, are citizens and residents of Blount County, Tennessee, and reside at 237 Manchester Drive, Maryville, Tennessee 37803.

**George Debaby** and wife, **Dawn Debaby**, are citizens and residents of Blount County, Tennessee, and reside at 1009 North Heritage, Maryville, Tennessee 37803.

**Jack Dennis** and wife, **Tiffany Dennis**, are citizens and residents of Blount County, Tennessee, and reside at 218 Manchester Drive, Maryville, Tennessee 37803.

3

**Richard Finney** and wife, **Marolyn Finney**, are citizens and residents of Blount County, Tennessee, and reside at 1801 Barclay Court, Maryville, Tennessee 37803.

**Michael Gallagher** and wife, **Janet Gallagher**, are citizens and residents of Blount County, Tennessee, and reside at 807 North Briarcliff Circle, Maryville, Tennessee 37803.

**Terry Gillingham**, and wife, **Antje Gillingham**, are citizens and residents of Blount County, Tennessee, and reside at 1414 Dunbarton Drive, Maryville, Tennessee 37803.

**Charles Harmon** and wife, **Wanda Harmon**, are citizens and residents of Blount County, Tennessee, and reside at 2017 Farris Road, Maryville, Tennessee 37803.

**Janice Hazelwood**, is a citizen and resident of Blount County, Tennessee, and resides at 1422 Dunbarton Drive, Maryville, Tennessee 37803.

**Jayson Hines** and wife, **Leah Hines**, are citizens and residents of Blount County, Tennessee, and reside at 1519 Montvale Road, Maryville, Tennessee 37803.

**Kenneth Hines** and wife, **Cathy Hines**, are citizens and residents of Blount County, Tennessee, and reside at 607 Essex Court, Maryville, Tennessee 37803.

**Dale Huddleston** and wife, **Claudia Huddleston**, are citizens and residents of Blount County, Tennessee, and reside at 916 South Briarcliff Circle, Maryville, Tennessee 37803.

**Arthur Kreutzberg** and wife, **Anne Kreutzberg**, are citizens and residents of Blount County, Tennessee, and reside at 1904 Montvale Road, Maryville, Tennessee 37803.

**Donald Lasley** and wife, **Dorothy Lasley**, are citizens and residents of Blount County, Tennessee, and reside at 103 Milton Circle, Maryville, Tennessee 37803.

**Paul Lee** and wife, **Vickie Lee**, are citizens and residents of Blount County, Tennessee, and reside at 2112 Wakefield Circle, Maryville, Tennessee 37803.

4

**Mike Lloyd** and wife, **Kay Lloyd**, are citizens and residents of Blount County, Tennessee, and reside at 202 Manchester Drive, Maryville, Tennessee 37803.

**Joe McMurry**, is a citizen and resident of Blount County, Tennessee, and resides at 1416 Montvale Road, Maryville, Tennessee 37803.

**Curtis Moore, Jr.** and wife, **Genevieve Moore**, are citizens and residents of Blount County, Tennessee, and reside at 120 Windsor Drive, Maryville, Tennessee 37803.

**John Morton** and wife, **Judy Morton**, are citizens and residents of Blount County, Tennessee, and reside at 2014 Farris Road, Maryville, Tennessee 37803.

**Daniel Norman** and wife, **Ann Louise Norman**, are citizens and residents of Blount County, Tennessee, and reside at 911 South Briarcliff Circle, Maryville, Tennessee 37803.

**Jack Piepenbring** and wife, **Barbara Piepenbring**, are citizens and residents of Blount County, Tennessee, and reside at 2202 Canterbury Circle, Maryville, Tennessee 37803.

**Otha Reagan** and wife, **Brenda Reagan**, are citizens and residents of Blount County, Tennessee, and reside at 810 Bellwood Drive, Maryville, Tennessee.

**John Roberts** and wife, **Debbie Roberts**, are citizens and residents of Blount County, Tennessee, and reside at 2138 Duncan Road, Maryville, Tennessee 37803.

**Doug Roeber** and wife, **Darla Roeber**, are citizens and residents of Blount County, Tennessee, and reside at 811 North Briarcliff Circle, Maryville, Tennessee 37803.

**John Sharp** and wife, **Whitney Sharp**, are citizens and residents of Blount County, Tennessee, and reside at 821 North Briarcliff Circle, Maryville, Tennessee 37803.

**Steve Shields** and wife, **Martha Shields**, are citizens and residents of Blount County, Tennessee, and reside at 919 South Briarcliff Circle, Maryville, Tennessee 37803.

**Oscar Simpson, Jr.** and wife, **Jane Simpson**, are citizens and residents of Blount County, Tennessee, and reside at 124 Windsor Drive, Maryville, Tennessee 37803.

**Howard Smith** and wife, **Patricia Smith**, are citizens and residents of Blount County, Tennessee, and reside at 912 South Briarcliff Circle, Maryville, Tennessee 37803.

**Roy Smith** and wife, **Karol Smith**, are citizens and residents of Blount County, Tennessee, and reside at 1023 Heritage Square Court, Maryville, Tennessee 37803.

**Alan Smuckler** and wife, **Karen Smuckler**, are citizens and residents of Blount County, Tennessee, and reside at 1020 Meadows Breeze, Maryville, Tennessee 37803.

**Robert Sparks** and wife, **Judy Sparks**, are citizens and residents of Blount County, Tennessee, and reside at 1517 Montvale Road, Maryville, Tennessee 37803.

**Robert Sponeybarger** and wife, **Edith Sponeybarger**, are citizens and residents of Blount County, Tennessee, and reside at 2113 Wakefield Circle, Maryville, Tennessee 37803.

**Bernard Starner** and wife, **Doris Starner**, are citizens and residents of Blount County, Tennessee, and reside at 2113 Buckingham Circle, Maryville, Tennessee 37803.

**Roy Stephenson** and wife, **Marie Stephenson**, are citizens and residents of Blount County, Tennessee, and reside at 101 Milton circle, Maryville, Tennessee 37803.

**Tommy Stinnett** and wife, **Patricia Stinnett**, are citizens and residents of Blount County, Tennessee; and reside at 101 Chaucer Circle, Maryville, Tennessee 37803.

**Betty Thomason**, is a citizen and resident of Blount County, Tennessee, and resides at 1426 Dunbarton Drive, Maryville, Tennessee 37803.

**Hank Williams** and wife, **Marilyn Williams**, are citizens of Blount County, Tennessee, and reside at 107 Howell Circle, Maryville, Tennessee.

Raymond Williamson and wife, Peggy Williamson, are citizens and residents of Blount County, Tennessee, and reside at 701 Dundee Drive, Maryville, Tennessee 37803.

3. The Defendant, Vulcan is a foreign corporation, licensed to and in fact doing business in Blount County, Tennessee.

4. The Defendant, Vulcan may be served upon its registered agent for service of process located at Corporation Service Company, 2980 Poston Avenue, Nashville, Tennessee 37203.

5. The Defendant, Vulcan is in the business of producing aggregates; primarily crushed stone, sand, and gravel. Vulcan operates a quarry in Blount County, Tennessee, located at 2201 Duncan Road, Maryville, Tennessee 37803.

## II. CONSOLIDATION

6. All Plaintiffs assert that they should be allowed to be joined in this action and that permissive joinder, pursuant to T.R.C.P. 20, is appropriate because common questions of fact and law exist among the parties, and a consolidated suit will serve to relieve the burden to this Honorable Court and the litigants by allowing a single suit to determine the rights and liabilities of all persons arising out of the mining activities conducted at the quarry located at 2201 Duncan Road., Maryville, Tennessee 37803.

## III. CAUSE OF ACTION

7. In the course and scope of its mining and quarrying activities, Vulcan engages in regular and periodic blasting to loosen rocks from the sides of the quarry. This blasting is an ultra hazardous activity and causes seismic vibrations that have caused, and continue to cause, structural damage to the homes and properties of the Plaintiffs diminishing the value thereof.

7

8. In the course of its mining and quarrying operations, Vulcan has destroyed a blue-line stream (a continuous flow stream) known as Duncan Creek.

9. Defendant has caused the creek bed for Duncan Creek to turn downstream to a discharge point for mining operations while damming up Duncan Creek for the downstream property owners. Defendant causes the flow of water in Duncan Creek periodically to totally stop, depriving the Plaintiffs of the watershed, and depriving the Plaintiffs herein of the use and riparian rights of Duncan Creek.

10. The decline of the water level of Duncan Creek, along with pumping ground water back into the creek by the Defendant, has caused and/or accelerated the presence, size, and amounts of sink holes in the properties of the Plaintiffs. The creation and/or acceleration of the sink holes has caused or contributed to structural damage to the property of the Plaintiffs, and diminished the value thereof.

11. In the course of its mining and quarrying operations, Vulcan uses rock crushers to crush the stone at the bottom of the quarry. The noise of the rock crusher is of such regularity and intensity to constitute a nuisance and interferes with the use and enjoyment of the Plaintiffs property.

12. As a result of its quarrying operations Vulcan continually engages many large dump trucks to remove the rock product. These trucks cause considerable noise, damage to the road systems and create a safety hazard to the Plaintiffs and the public in general. These activities constitute a continuing nuisance.

13. The mining and quarrying activities produce large amounts of dust which continually blow and settle onto the property of the Plaintiffs, causing a loss of use and enjoyment of their property, and constituting a continuing nuisance.

8

14. Vulcan is strictly liable for the blasting activities and quarry operations and the resulting injuries and damages to the structures of the Plaintiffs property and their loss of use and enjoyment of their property.

15. The mining and quarrying activities of Vulcan constitute an unreasonable and unlawful use of property that results in material and substantial annoyance, inconvenience, discomfort, harm, and injury to the Plaintiffs, and to the Plaintiffs free use, possession, and occupation of their property and is therefore is both a temporary and permanent nuisance.

16. The mining and quarrying activities of Vulcan constitute a trespass upon the Plaintiffs' property causing each of them to suffer loss of their quiet enjoyment of their property, property damage to the structures located thereon, and a diminution of their property value.

17. Plaintiffs aver that the mining activities as set forth above by Vulcan are the sole and proximate cause of the damages to their property.

WHEREFORE, each Plaintiff herein sues the Defendant Vulcan Materials Company for damages to their personal property in an amount not to exceed $200,000.00 per Plaintiff; and

WHEREFORE, each Plaintiff prays that this Honorable Court enjoin the Defendant from continuing mining and quarrying operations in such a manner that sends seismic vibrations to the Plaintiffs property, and from causing structural damage, excessive noise, excessive dust, sink holes and further nuisance from repeated blasting; and

WHEREFORE, each Plaintiff prays that the Defendant be enjoined from causing any further damage to Duncan Creek or its watershed, and that it be ordered to restore Duncan Creek and any sink holes caused by the mining activities of the Defendant; and

WHEREFORE, each Plaintiff requests a jury to determine all issues in this matter and to make any and all factual determinations herein.

9

This \_\_\_1st\_\_\_ day of April, 2009.

Respectfully Submitted,

*[signature]*

H. Douglas Nichol (BPR#5080)
Sam G. Smith Jr. (BPR#009653)
**NICHOL & ASSOCIATES**
6759 Baum Drive
Knoxville, Tennessee 37919
(865) 588-7465

ATTORNEYS FOR THE PLAINTIFFS

10

## IN THE CHANCERY COURT FOR BLOUNT COUNTY, TENNESSEE

TOM ARNETTE, and wife, CHRIS ARNETTE; )
CLARA BELL; JERRY BIRDWELL, and wife, DANA )
BIRDWELL; JAMES BORDEN, and wife, )
PHYLLIS BORDEN; LARRY BUTLER, and wife, )
ERIN BUTLER; DAVID CAMPBELL, )
and wife, MARGARET CAMPBELL; TOM )
CARPENTER, and wife, EVA CARPENTER; MICHAEL )
COLEY, and wife, MICHELLE COLEY; )          No.: _____
JAMES CORNETT, and wife, BETTY )             JURY DEMANDED
CORNETT; JAMES COULTER, and wife, JANE )
COULTER; SAM CRAWFORD, JR., and wife, )
ANN CRAWFORD; RICHARD DAVIS, and )
wife, MELINDA DAVIS; GEORGE DEBABY and wife, )
DAWN DEBABY; JACK DENNIS, and wife, TIFFANY )
DENNIS; RICHARD FINNEY, and wife, MAROLYN )
FINNEY; MICHAEL GALLAGHER, and wife, JANET )
GALLAGHER; TERRY W. GILLINGHAM, and wife, )
GILLINGHAM; CHARLES HARMON, and wife, )
WANDA HARMON; JANICE HAZELWOOD; JASON )
HINES, and wife, LEAH HINES; KENNETH HINES, and )
wife, CATHY HINES; DALE HUDDLESTON, and wife, )
CLAUDIA HUDDLESTON; ARTHUR KREUTZBERG, and )
wife, ANNE KREUTZBERG; DONALD LASLEY, and wife, )
DOROTHY LASLEY; PAUL LEE, and wife, )
VICKIE LEE; MIKE LLOYD, and wife, KAY )
LLOYD; JOE MCMURRY; CURTIS MOORE, JR., )
and wife, GENEVIEVE MOORE; JOHN MORTON, )
and wife, JUDY MORTON; DANIEL NORMAN, and wife, )
ANN LOUISE NORMAN; JACK PIEPENBRING, and )
wife, BARBARA PIEPENBRING; OTHA REAGAN, and )
wife, BRENDA REAGAN; JOHN ROBERTS, and )
wife, DEBBIE ROBERTS; DOUG ROEBER, and wife, )
DARLA ROEBER; JOHN SHARP, and wife, WHITNEY )
SHARP; STEVE SHIELDS, and wife, MARTHA SHIELDS; )
OSCAR SIMPSON, JR., and wife, JANE SIMPSON; )
HOWARD SMITH, and wife, PATRICIA SMITH; )
ROY SMITH, and wife, KAROL SMITH; ALAN )
SMUCKLER, and wife, KAREN SMUCKLER; ROBERT )
SPARKS, and wife, JUDY SPARKS; ROBERT )
SPONEYBARGER, and wife, EDITH SPONEYBARGER; )
BERNARD STARNER, and wife, DORIS STARNER; )
ROY STEPHENSON, and wife, MARIE STEPHENSON; )
TOMMY STINNETT, and wife, PATRICIA STINNETT; )

| | |
|---|---|
| BETTY THOMASON; HANK WILLIAMS, and wife, MARILYN WILLIAMS; RAYMOND WILLIAMSON, and wife, PEGGY WILLIAMSON | ) |
| Plaintiffs, | ) |
| vs. | ) |
| VULCAN MATERIALS COMPANY | ) |
| Defendant. | ) |

## COST BOND

I, H. Douglas Nichol, hereby acknowledge myself as Surety for the costs and taxes in this case in accordance with T.C.A. § 20-12-120.

This ____ day of April, 2009.

Respectfully Submitted,

H. Douglas Nichol (BPR#5080)
NICHOL & ASSOCIATES
6759 Baum Drive
Knoxville, TN 37919
(865)588-7465
ATTORNEY FOR PLAINTIFFS

Out Of County 4-10-09
Rec'd Date _____
D.S.
Och

# IN THE CHANCERY COURT FOR BLOUNT COUNTY, TENNESSEE

**TOM ARNETTE, and wife, CHRIS ARNETTE; et al.** , **Plaintiffs,**

vs.

**VULCAN MATERIALS COMPANY, INC.** , **Defendant**

Civil Action No: 05 - 09-058

ORIGINAL

FILED
APR - 3 2009
BRENDA FLOWERS
CLERK &
MASTER

## SUMMONS

TO: **VULCAN MATERIALS COMPANY, INC. (SERVE THROUGH REGISTERED AGENT) Corporation Service Company, 2980 Poston Avenue, Nashville, Tennessee 37203.**

You are hereby summoned and required to serve upon H. Douglas Nichol, Attorney at Law, Petitioner's attorney, whose address is: 6759 Baum Drive, Knoxville, Tennessee 37919, a true copy of the answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. You will file the original with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued this _3_ day of _April_ 20_09_ at _2:30_ o'clock _P_ M. Witness, Brenda Flowers, Clerk of said Court, at office the _____ 3rd day in _April_ A.D., 2009.

_Brenda Flowers_
BRENDA FLOWERS, Clerk

BY: _Diana Garner Hyle_
DEPUTY CLERK

(this summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil procedure).

FILED
APR 2 0 2009
BRENDA FLOWERS
CLERK &
MASTER

2009/APR/24/FRI 12:53 PM    BLOUNT COUNTY C & M    FAX No. 865 273 5519    P. 001

kwiktag ® 070 315 416

**NOTICE**

TO THE DEFENDANT(S):

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, **unless it is filed before the judgment becomes final, it will not be effective as to any execution of garnishment issued prior to the filing of the list.** Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family, trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

Received this _____ day of _____, 2009.

_____
Deputy Sheriff.

RETURN ON SERVICE OF SUMMONS

I hereby certify and return that on the ___APR 14 2009___, 2009.

I served this summons together with the complaint as follows: _____
Served Mary Marchetti
who accepted service for: _Vulcan Materials Company, Inc_

failed to serve this summons within 30 days after its issuance because _____

_____
C. Prater
Sheriff-Deputy Sheriff

900- 930